# Exhibit B

**Insurance Policies**

**Insurance Policies**

| | Type of Coverage | Insurer | Policy Number(s) | Policy Term | Annual Premium |
|---|---|---|---|---|---|
| 1. | Director's & Officer's Liability | ACE American Insurance Company | g28121490003 | 5/20/2018 - 5/20/2019 | $60,000 |
| 2. | Property / Terrorism | ACE American Insurance Company (Starr Tech) | EUTN14318690 | 11/15/2018 - 11/15/2019 | $988,908 |
| 3. | Property / EQ Only | ACE American Insurance Company (Starr Tech) | EUTN14318768 | 11/15/2018 - 11/15/2019 | $97,125 |
| 4. | Property / EQ Only | ACE American Insurance Company (Starr Tech) | EUTN14318768 | 11/15/2018 - 11/15/2019 | $86,250 |
| 5. | Business Travel (International) | Aetna International | 299440-10-158 | 1/1/2018 - 12/31/2018 | $9,510 |
| 6. | Excess Liability | Allianz Global Corporate & Specialty SE | PL1800076 | 8/1/2018 - 8/1/2019 | $1,250,000 |
| 7. | Property / Terrorism | Allianz Global Risks | USE000426180W | 11/15/2018 - 11/15/2019 | $779,543 |
| 8. | Property / Terrorism | Allianz Global Risks | USE000426180W | 11/15/2018 - 11/15/2019 | $790,691 |
| 9. | Property / Terrorism | Allianz Global Risks | USE000426180W | 11/15/2018 - 11/15/2019 | $217,774 |
| 10. | Property / Terrorism | Allianz Global Risks | USE000426180W | 11/15/2018 - 11/15/2019 | $75,000 |
| 11. | Director's & Officer's Liability | Allianz Global Risks US Insurance Company | USF00087118 | 5/20/2018 – 5/20/2019 | $65,000 |
| 12. | Director's & Officer's Liability | Allianz Global Risks US Insurance Company | USF00112918 | 5/20/2018 – 5/20/2019 | $19,000 |
| 13. | Excess Liability | Allied World Assurance Company | C015037 | 8/1/2018 - 8/1/2019 | $35,875,000 |
| 14. | Excess Liability Reinsurance | Allied World Assurance Company (AWAC) | P033-180283 | 8/1/2018 - 8/1/2019 | $6,750,000 |
| 15. | Property / Terrorism | American Alternative Insurance Company (Munich Re U.S.) | 58-A2-PP-0000023-06 | 11/15/2018 - 11/15/2019 | $1,432,500 |

| | Type of Coverage | Insurer | Policy Number(s) | Policy Term | Annual Premium |
|---|---|---|---|---|---|
| 16. | Property / EQ Only | American Alternative Insurance Company (Munich Re U.S.) | 58-A2-XP-0000009-02 | 11/15/2018 - 11/15/2019 | $356,895 |
| 17. | Property / EQ Only | American Alternative Insurance Company (Munich Re U.S.) | 58-A2-XP-0000009-02 | 11/15/2018 - 11/15/2019 | $345,795 |
| 18. | Nuclear Liability | American Nuclear Insurers (ANI) | NF-228 | 1/1/2018 - 1/1/2019 | $1,174,448 |
| 19. | Nuclear Liability | American Nuclear Insurers (ANI) | NS-369 | 1/1/2018 - 1/1/2019 | $88,996 |
| 20. | Nuclear Liability | American Nuclear Insurers (ANI) | N-74 | 1/1/2018 - 1/1/2019 | $28,763 |
| 21. | Nuclear Liability | American Nuclear Insurers (ANI) | N-76 | 1/1/2018 - 1/1/2019 | $28,763 |
| 22. | Nuclear Liability | American Nuclear Insurers (ANI) | NW-605 | 1/1/2018 - 1/1/2019 | $131,280 |
| 23. | Nuclear Liability | American Nuclear Insurers (ANI) | NF-113 | 1/1/2018 - 1/1/2019 | $116,212 |
| 24. | Nuclear Liability | American Nuclear Insurers (ANI) | NW-534 | 1/1/2018 - 1/1/2019 | $1,567 |
| 25. | Excess Liability | Apollo (Lloyds Synd) | PL1800075 | 8/1/2018 - 8/1/2019 | $1,750,000 |
| 26. | Excess Liability | Arch Insurance (Bermuda) | URP0061269-00 | 8/1/2018 - 8/1/2021 | $15,000,000 |
| 27. | Property / Terrorism | Arch Insurance Company (Europe) Limited | B0509BOWUI1800346 | 11/15/2018 - 11/15/2019 | $432,824 |
| 28. | Excess Liability | Arch Reinsurance Ltd | URP0061287 | 8/1/2018 - 8/1/2019 | $3,500,000 |
| 29. | Director's & Officer's Liability | Argonaut Insurance Company | MLX4209092-0 | 5/20/2018 – 5/20/2019 | $40,000 |
| 30. | Property / Terrorism | Ariel Re Bermuda (Argo) | P134514 | 11/15/2018 - 11/15/2019 | $362,500 |
| 31. | Property / Terrorism | Aspen Specialty Insurance Company | PWAEVHF18 | 11/15/2018 - 11/15/2019 | $547,500 |
| 32. | Director's & Officer's Liability | Associated Electric & Gas Insurance Services Limited | DP5008417P | 5/20/2018 – 5/20/2019 | $1,899,930 |
| 33. | Director's & Officer's Liability | Associated Electric & Gas Insurance Services Limited | DX5748101P | 5/20/2018 – 5/20/2019 | $1,500,000 |

| | Type of Coverage | Insurer | Policy Number(s) | Policy Term | Annual Premium |
|---|---|---|---|---|---|
| 34. | Fiduciary Liability | Associated Electric & Gas Insurance Services Limited | FP5011118P | 5/20/2018 – 5/20/2019 | $325,000 |
| 35. | Cyber Liability | Associated Electric & Gas Insurance Services Limited | CP5630104P | 12/18/2018 - 12/18/2019 | $1,220,000 |
| 36. | Excess Liability | Associated Electric & Gas Insurance Services Limited | XL5123607P | 8/1/2018 - 8/1/2019 | $22,000,000 |
| 37. | Excess Work Comp | Associated Electric & Gas Insurance Services Limited | WC5137407P | 8/1/2018 - 8/1/2019 | $229,758 |
| 38. | Property / Terrorism | Associated Electric & Gas Insurance Services Ltd. (Aegis U.S.) | PO5301005P | 11/15/2018 - 11/15/2019 | $960,000 |
| 39. | Property / Terrorism | Associated Electric & Gas Insurance Services Ltd. (Aegis U.S.) | PO5301005P | 11/15/2018 - 11/15/2019 | $1,576,400 |
| 40. | Property / Terrorism | Associated Electric & Gas Insurance Services Ltd. (Aegis U.S.) | PO5301005P | 11/15/2018 - 11/15/2019 | $153,382 |
| 41. | Crime / Fidelity | AXIS Insurance Company | MLN633830/01/2018 | 11/1/2018- 11/1/2019 | $38,000 |
| 42. | Crime / Fidelity | Beazley Insurance Company | V25141180101 | 11/1/2018- 11/1/2019 | $16,000 |
| 43. | Crime / Fidelity | Berkeley Insurance Company | CCR-45002953-20 | 11/1/2018- 11/1/2019 | $35,000 |
| 44. | Director's & Officer's Liability | Berkley Insurance Company | BPRO8032243 | 5/20/2018 - 5/20/2019 | $295,000 |
| 45. | Excess Liability | Cal Phoenix Re (Cat Bond) | | 8/1/2018 - 8/1/2019 | $26,808,438 |
| 46. | Property / Terrorism | Chubb Bermuda | PGE0149P04 | 11/15/2018 - 11/15/2019 | $168,300 |
| 47. | Director's & Officer's Liability | Continental Casualty Company | 651998866 | 5/20/2018 - 5/20/2019 | $70,000 |
| 48. | Primary Workers Compensation | Employers Insurance Company of Wausau (Liberty Mutual) | WCC641444172018 | 4/1/2018 - 4/1/2019 | $8,685 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Type of Coverage | Insurer | Policy Number(s) | Policy Term | Annual Premium |
|---|---|---|---|---|---|
| 49. | Director's & Officer's Liability | Endurance Risk Solutions Assurance Company | DOX10003965505 | 5/20/2018 - 5/20/2019 | $75,000 |
| 50. | Director's & Officer's Liability | Energy Insurance Mutual | 294001-18DO | 5/20/2018 - 5/20/2019 | $490,000 |
| 51. | Fiduciary Liability | Energy Insurance Mutual | 274000-18FL | 5/20/2018 - 5/20/2019 | $617,827 |
| 52. | Cyber Liability | Energy Insurance Mutual | 440151-18CY | 12/18/2018 - 12/18/2019 | $246,875 |
| 53. | Excess Liability | Energy Insurance Mutual Limited | 254084-18GL | 8/1/2018 - 8/1/2019 | $13,200,000 |
| 54. | Property / Terrorism | Energy Insurance Mutual Limited (EIM) | 311052-18GP | 11/15/2018 - 11/15/2019 | $869,760 |
| 55. | Property / Terrorism | Energy Insurance Mutual Limited (EIM) | 311063-18GP | 11/15/2018 - 11/15/2019 | $50,000 |
| 56. | Excess Liability Reinsurance | Energy Insurance Services, Mutual Business Program 33 (Captive) | P033-180281 | 8/1/2018 – 7/1/2019 | $8,250,000 |
| 57. | Excess Liability Reinsurance | Energy Insurance Services, Mutual Business Program 33 (Captive) | P033-180272 | 8/1/2018 - 8/1/2019 | $61,856,000 |
| 58. | Excess Liability Reinsurance | Energy Insurance Services, Mutual Business Program 33 (Captive) | P033-180283 | 8/1/2018 - 8/1/2019 | $6,750,000 |
| 59. | Excess Liability Reinsurance | Energy Insurance Services, Mutual Business Program 33 (Captive) | P033-180284 | 8/1/2018 - 8/1/2019 | $22,400,000 |
| 60. | Excess Liability Reinsurance | Energy Insurance Services, Mutual Business Program 33 (Captive) | P033-180282 | 8/1/2018 - 8/1/2019 | $12,750,000 |
| 61. | Nuclear Property - DCPP | European Mutual Association for Nuclear Insurance (EMANI) | A14/1006/2018/0 | 4/1/2018 - 4/1/2019 | $48,624 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Type of Coverage | Insurer | Policy Number(s) | Policy Term | Annual Premium |
|---|---|---|---|---|---|
| 62. | Nuclear Property - DCPP | European Mutual Association for Nuclear Insurance (EMANI) | A14/1006/2018/0 | 4/1/2018 - 4/1/2019 | $306,989 |
| 63. | Nuclear Property - DCPP | European Mutual Association for Nuclear Insurance (EMANI) | A11/1006/2018/1 | 4/1/2018 - 4/1/2019 | $157,556 |
| 64. | Nuclear Property - DCPP | European Mutual Association for Nuclear Insurance (EMANI) | A11/1006/2018/0 | 4/1/2018 - 4/1/2019 | $30,830 |
| 65. | Railroad Protective Liability | Everest Insurance (Fronted) | EN4GL00134-181 | 5/10/2018 - 5/10/2019 | $3,000 |
| 66. | Excess Liability Reinsurance | Fidelis Underwriting Limited | P033-180284 | 8/1/2018 - 8/1/2019 | $22,400,000 |
| 67. | Property / Terrorism | General Security Indemnity Company of Arizona (Scor Re) | 1OF156532-2018-1 | 11/15/2018 - 11/15/2019 | $366,600 |
| 68. | Excess Liability | Great Lakes Insurance SE (Munich) | F02426822018 | 8/1/2018 - 8/1/2021 | $14,500,000 |
| 69. | Excess Liability | Hamilton Re | CX17-5439 | 8/1/2018 - 8/1/2019 | $8,750,000 |
| 70. | Property / EQ Only | Hamilton Re Limited | PX18-4581~01 | 11/15/2018 - 11/15/2019 | $137,500 |
| 71. | Property / Terrorism | HDI Global Insurance Company | PGXD55310-00 | 11/15/2018 - 11/15/2019 | $300,000 |
| 72. | Property / Terrorism | HDI Global Insurance Company | PGXD55311-00 | 11/15/2018 - 11/15/2019 | $80,100 |
| 73. | Property / Terrorism | HDI Global Insurance Company | PGXD1547601 | 11/15/2018 - 11/15/2019 | $92,750 |
| 74. | Property / Terrorism | Helvetia Schweizerische Versicherungsgesellschaft Ag | 18-3954 | 11/15/2018 - 11/15/2019 | $555,000 |
| 75. | Director's & Officer's Liability | Houston Casualty Company | 24-MGU-18-a13813 | 5/20/2018 – 5/20/2019 | $40,000 |
| 76. | Excess Liability | Interhannover | PL1800073 | 8/1/2018 - 8/1/2019 | $875,000 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Type of Coverage | Insurer | Policy Number(s) | Policy Term | Annual Premium |
|---|---|---|---|---|---|
| 77. | Primary General Liability | Liberty Mutual Fire Insurance | B2641444172028 | 4/1/2018 - 4/1/2019 | $8,000 |
| 78. | Primary Auto Liability | Liberty Mutual Fire Insurance | AS2641444172038 | 4/1/2018 - 4/1/2019 | $2,500 |
| 79. | Property / EQ Only | Liberty Surplus Insurance Company | 1000283071-02 | 11/15/2018 - 11/15/2019 | $120,000 |
| 80. | Property / Terrorism | Liberty Surplus Insurance Corporation | 1000323742-01 | 11/15/2018 - 11/15/2019 | $296,203 |
| 81. | Property / Terrorism | Liberty Surplus Insurance Corporation | 1000180537-11 | 11/15/2018 - 11/15/2019 | $272,082 |
| 82. | Business Travel (Domestic) | Life Insurance Company of North America (CIGNA) | ABL 637340 | 1/1/2018 - 12/31/2018 | $183,145 |
| 83. | Director's & Officer's Liability | Lloyd of London Barbican Syndicate | B0509FINMW1800858 | 5/20/2018 – 5/20/2019 | $60,000 |
| 84. | Director's & Officer's Liability | Lloyds of London Hiscox (Alpha) | B0509FINMW1800308 | 5/20/2018 – 5/20/2019 | $207,750 |
| 85. | Director's & Officer's Liability | Lloyds of London Munich Re | B0509FINMW1800309 | 5/20/2018 – 5/20/2019 | $105,000 |
| 86. | Property / Control of Well | Lloyd's of London Syndicates | 10972 | 11/15/2018 - 11/15/201 | $66,380 |
| 87. | Excess Liability | MS Amlin (Lloyds Synd) | PL1800074 | 8/1/2018 - 8/1/2019 | $500,000 |
| 88. | Cyber Liability | Munich Re | F02663382018 | 12/18/2018 - 12/18/2019 | $130,000 |
| 89. | Property / EQ Only | National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance) | 42-XPR-302012-04 | 11/15/2018 - 11/15/2019 | $269,749 |
| 90. | Property / EQ Only | National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance) | 42-XPR-302012-04 | 11/15/2018 - 11/15/2019 | $1,911,757 |

| | Type of Coverage | Insurer | Policy Number(s) | Policy Term | Annual Premium |
|---|---|---|---|---|---|
| 91. | Property / EQ Only | National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance) | 42-XPR-302012-04 | 11/15/2018 - 11/15/2019 | $443,502 |
| 92. | Excess Liability | National Fire and Marine Insurance Company (Berkshire) | PL1800065 | 8/1/2018 - 8/1/2023 | $136,500,000 |
| 93. | Property / Terrorism | Navigators Management Company, Inc. New York | 18NMNY1682-01 | 11/15/2018 - 11/15/2019 | $337,501 |
| 94. | Director's & Officer's Liability | North American Specialty Insurance Company | DOE100000505 | 5/20/2018 – 5/20/2019 | $189,000 |
| 95. | Nuclear Property | Nuclear Electric Insurance Limited (NEIL) | Retrospective Premium Assessment | 4/1/2018 – 4/1/2019 | $429,977 |
| 96. | Nuclear Property - DCPP | Nuclear Electric Insurance Limited (NEIL) | P18-027 | 4/1/2018 - 4/1/2019 | $2,646,800 |
| 97. | Nuclear Property - DCPP | Nuclear Electric Insurance Limited (NEIL) | BX18-007 | 4/1/2018 - 4/1/2019 | $765,363 |
| 98. | Nuclear Property - DCPP | Nuclear Electric Insurance Limited (NEIL) | E18-042 | 4/1/2018 - 4/1/2019 | $884,689 |
| 99. | Nuclear Property - DCPP | Nuclear Electric Insurance Limited (NEIL) | NSIC-18-015 | 4/1/2018 - 4/1/2019 | $195,000 |
| 100. | Nuclear Property - HBPP | Nuclear Electric Insurance Limited (NEIL) | P18-028 | 4/1/2018 - 4/1/2019 | $198,508 |
| 101. | Property / EQ Only | Oil Casualty Insurance Limited (OCIL) | P-102291-1118 | 11/15/2018 - 11/15/2019 | $128,000 |
| 102. | Excess Liability Reinsurance | Renaissance Reinsurance (Ren Re) | P033-180282 | 8/1/2018 - 8/1/2019 | $12,750,000 |
| 103. | Crime / Fidelity | RLI Insurance Company | BND010103 | 11/1/2018- 11/1/2019 | $53,750 |

| | Type of Coverage | Insurer | Policy Number(s) | Policy Term | Annual Premium |
|---|---|---|---|---|---|
| 104. | Director's & Officer's Liability | Starr Indemnity & Liability Company | 1.00006E+12 | 5/20/2018 – 5/20/2019 | $40,000 |
| 105. | Crime / Fidelity | Starr Indemnity & Liability Company | 1000621262181 | 11/1/2018- 11/1/2019 | $30,000 |
| 106. | Excess Liability | Swiss Re International SE | MH22248721 | 8/1/2018 - 8/1/2019 | $9,500,000 |
| 107. | Property / Terrorism | Swiss Re International SE (Swiss Re) | MH190999 | 11/15/2018 - 11/15/2019 | $1,204,875 |
| 108. | Director's & Officer's Liability | Twin City Fire Insurance Company | 57 DA032956918 | 5/20/2018 – 5/20/2019 | $60,000 |
| 109. | Property / Terrorism | Underwriters at Lloyd's (AEGIS UK) Syndicate No. AES 1225 | B0509BOWUl1800346 | 11/15/2018 - 11/15/2019 | $157,640 |
| 110. | Property / Terrorism | Underwriters at Lloyd's (Freberg Environmental) Syndicate No. 1458 RNR | EN100272-18 | 11/15/2018 - 11/15/2019 | $372,000 |
| 111. | Property / Terrorism | Underwriters at Lloyd's (Talbot) Syndicate No. 1183 (Validus Underwriting Risk Services) | AJK088027L18 | 11/15/2018 - 11/15/2019 | $466,250 |
| 112. | Property / EQ Only | Underwriters at Lloyd's (Talbot) Syndicate No. 1183 (Validus Underwriting Risk Services) | AJJ231145C18 | 11/15/2018 - 11/15/2019 | $64,750 |
| 113. | Property / EQ Only | Underwriters at Lloyd's (Talbot) Syndicate No. 1183 (Validus Underwriting Risk Services) | AJK249662B18 | 11/15/2018 - 11/15/2019 | $104,000 |
| 114. | Property / Terrorism | Underwriters at Lloyd's (Travelers) Syndicate No. TRV 5000 | B0509BOWU 11800346 | 11/15/2018 - 11/15/2019 | $632,276 |
| 115. | Aviation Insurance | United States Aircraft Insurance Group (USAIG) | SIHL 1-A296 | 2/28/2018 - 2/28/2019 | $112,300 |

| | Type of Coverage | Insurer | Policy Number(s) | Policy Term | Annual Premium |
|---|---|---|---|---|---|
| 116. | Excess Liability Reinsurance | Validus Reinsurance Limited | P033-180281 | 8/1/2018 - 7/1/2019 | $8,250,000 |
| 117. | Property / Terrorism | XL Insurance America, Inc. | US00029044PR18A | 11/15/2018 - 11/15/2019 | $416,789 |
| 118. | Fiduciary Liability | XL Specialty Insurance Company | ELU155543-18 | 5/20/2018 – 5/20/2019 | $50,000 |
| 119. | Property / Terrorism | Zurich American Insurance Company | PWG 0140531-03 | 11/15/2018 - 11/15/2019 | $1,251,107 |
| 120. | Property / Terrorism | Zurich American Insurance Company | PWG 0140531-03 | 11/15/2018 - 11/15/2019 | $158,859 |
| 121. | Property / Terrorism | Zurich American Insurance Company | PWG 0140531-03 | 11/15/2018 - 11/15/2019 | $39,000 |