Rebecca J. Winthrop (CA Bar No. 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

William R. Greendyke (TX Bar No. 08390450)
Bob B. Bruner (TX Bar No. 24062637)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com

Attorneys for MRC GLOBAL (US) INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtor. | Case No. 19-30089<br><br>Chapter 11<br><br>**NOTICE OF DEMAND FOR RECLAMATION PURSUANT TO 11 U.S.C. § 546(c) BY MRC GLOBAL (US), INC.** |

**PLEASE TAKE NOTICE** that MRC GLOBAL (US), INC. ("MRC Global"), by its undersigned counsel, on January 29, 2019, served a demand for reclamation (the "Reclamation Demand") upon Pacific Gas and Electric Company (the "Debtor") and on Debtor's counsel via email, FedEx Express overnight mail, and electronic mail, to reclaim certain goods (the "Goods") pursuant to 11 U.S.C. § 546(c) and section 2-702 of the Uniform Commercial Code. A copy of

Notice of Demand for Reclamation.docx

the Reclamation Demand is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Reclamation Demand, the Goods were sold by MRC Global in the ordinary course of business to the Debtor and received by the Debtor during the forty-five (45) days prior to the commencement of the Debtor's chapter 11 case. MRC Global demands that the Debtor immediately surrender the Goods to MRC Global. Pending the prompt return of the Goods, MRC Global demands that the Debtor (i) protect and segregate the Goods and (ii) refrain from selling, using or disposing of the Goods pursuant to 11 U.S.C. §§ 361 and 363(c).

**PLEASE TAKE FURTHER NOTICE** that MRC Global reserves all of its rights with respect to the Goods, including without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtor to the extent that the Goods were delivered to the Debtor on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtor's assumption of an executory contract between MRC Global and the Debtor, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its pre-petition invoices from any non-debtor parties that are co-obligors; (vi) its right to amend, correct, supplement or modify the Reclamation Demand (including filing additional evidence in support thereof) or to file additional demands or claims, including without limitation, a proof of claim in the Debtor's chapter 11 case and all other claims at law or in equity; (vii) its right to setoff or recoupment; and (viii) its right to assert any other rights under applicable law.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice is not intended to constitute an election of remedies or to waive any of MRC Global's rights under the Bankruptcy Code or any applicable non-bankruptcy law. By filing this Notice of Demand for Reclamation, MRC Global does not consent to the entry of final orders by the bankruptcy court on non-core

issues and claims, and does not waive any jurisdictional defenses.

Dated: January 29, 2019                     NORTON ROSE FULBRIGHT US LLP


By */s/ Rebecca J. Winthrop*
    Rebecca J. Winthrop
    William R. Greendyke (*pro hac vice* pending)
    Attorneys for MRC GLOBAL (US), INC.

# EXHIBIT A

# NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
United States

Direct line +1 713 651 5193
william.greendyke@nortonrosefulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246
nortonrosefulbright.com

January 29, 2019

**VIA FEDEX OVERNIGHT MAIL AND EMAIL**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Jessica Liou
Matthew Goren
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212-310-8000
Fax: 212-310-8007

KELLER & BENVENUTTI LLP
Tobias S. Keller
Jane Kim
650 California Street, Suite 1900
San Francisco, CA 94108

Re: In re Pacific Gas and Electric Company, Case No. 19-30089, U.S. Bankruptcy Court for the N.D. Cal. (San Francisco), Demand for Reclamation of Goods Pursuant to Bankruptcy Code § 546(c) on behalf of MRC Global (US) Inc.

Dear Counsel:

We represent MRC Global (US) Inc. ("MRC Global"), a supplier of certain goods delivered to the Debtor.

This letter serves as MRC Global's written demand (the "Reclamation Demand") to reclaim all goods it sold in the ordinary course of business on credit to, and which were received by, Pacific Gas and Electric Company (the "Debtor") during the Reclamation Period (defined below) pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-702.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

93216459.2

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

On January 29, 2019 (the "Petition Date"), Pacific Gas and Electric Company (the "Debtor" commenced chapter 11 cases in the U.S. Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), Case No. 19-30089. During the 45-day period prior to the Petition Date (the "Reclamation Period"), MRC Global delivered goods (the "Goods") to the Debtor in the ordinary course of business for which MRC Global has not been paid as of the date of this letter.

The value of the Goods delivered to the Debtor is $1,959,969.71. The Goods are identified in the summary of the Goods delivered to the Debtor during the Reclamation Period, attached hereto as **Exhibit 1**. MRC Global will provide any additional relevant information or documentation (if any) related to the Goods upon reasonable request.

Notwithstanding the detail included in Exhibit 1, this Reclamation Demand covers any and all other goods the Debtors received from MRC Global during the Reclamation Period.

At the time the Debtor received the Goods, the Debtor was insolvent. It is our understanding that the Goods are currently in the Debtor's possession.

Pursuant to 11 U.S.C. § 546(c) and U.C.C. § 2-702, MRC Global demands that the Debtor immediately surrender the Goods to MRC Global, all of which were delivered by MRC Global and received by the Debtor during the Reclamation Period. Pending the prompt return of the Goods, MRC Global hereby further demands that the Debtor (i) protect and segregate the Goods, and (ii) refrain from selling, using, or disposing of the Goods pursuant to 11 U.S.C. §§ 361 and 363(e).

MRC Global reserves all of its rights with respect to the Goods, including without limitation (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtor to the extent that the Goods were delivered to the Debtor on or after the Petition Date; (ii) its right to assert a 20-day administrative priority claim pursuant to 11 U.S.C. § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 U.S.C. § 547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the Debtor's assumption of an executory contract between MRC Global and the Debtor, if any, pursuant to 11 U.S.C. § 365; (v) its right to seek payment of its pre-petition invoices from any non-debtor parties that are co-obligors; (vi) its right to amend, correct, supplement or modify the Reclamation Demand (including filing additional evidence in support thereof) or to file additional demands or claims, including without limitation, a proof of claim in the Debtor's chapter 11 case and all other claims at law or in equity; (vii) its right to setoff or recoupment; and (viii) its right to assert any other rights under applicable law.

Please direct any response, notices, or inquiries regarding the Reclamation Demand to my attention.

Very truly yours,

*William Greendyke*

William R. Greendyke

– and –

Bob B. Bruner
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, TX 77010

Enclosure

# Exhibit 1

| Invoice_Number | PO_Number | Shipment Date | Invoice Date | Invoice Amount |
|---|---|---|---|---|
| 0419108008 | 2700191020 | 12/14/2018 | 12/17/2018 | $ 46.76 |
| 0419195007 | 2700191053 | 12/14/2018 | 12/17/2018 | $ 23.38 |
| 0360433006 | 2700187862 | 12/14/2018 | 12/17/2018 | $ 23.38 |
| 0669837999 | 3501184621 | 12/10/2018 | 12/19/2018 | $ 221.02 |
| 0714399999 | 2700206561 | 12/13/2018 | 12/20/2018 | $ 160.88 |
| 0578720998 | 2700198810 | 12/14/2018 | 12/20/2018 | $ 133.53 |
| 0724474001 | 2700207050 | 12/19/2018 | 12/20/2018 | $ 11,183.96 |
| 0309477999 | 2700184353 | 11/19/2018 | 12/20/2018 | $ 105,439.33 |
| 0523761999 | 2700195587 | 11/19/2018 | 12/20/2018 | $ 45,344.02 |
| 0309891999 | 2700185334 | 11/19/2018 | 12/20/2018 | $ 105,439.33 |
| 0758020001 | 2700208431 | 12/19/2018 | 12/20/2018 | $ 583.12 |
| 0758020002 | 2700208431 | 12/19/2018 | 12/20/2018 | $ 236.48 |
| 0758020003 | 2700208431 | 12/20/2018 | 12/21/2018 | $ 1,300.66 |
| 0237742999 | 2700180710 | 12/12/2018 | 12/21/2018 | $ 63,716.81 |
| 9509191001 | 2700145986 | 12/20/2018 | 12/21/2018 | $ 36,634.83 |
| 0682426999 | 2700204493 | 12/12/2018 | 12/21/2018 | $ 2,328.33 |
| 0675243999 | 2700204326 | 12/17/2018 | 12/21/2018 | $ 192.23 |
| 0700684999 | 2700205724 | 12/14/2018 | 12/21/2018 | $ 776.11 |
| 0723727001 | 3501185027 | 12/21/2018 | 12/21/2018 | $ 718.56 |
| 0737316001 | 2700198500 | 12/21/2018 | 12/26/2018 | $ 296.48 |
| 0737398001 | 2700198517 | 12/21/2018 | 12/26/2018 | $ 296.48 |
| 0758020005 | 2700208431 | 12/20/2018 | 12/26/2018 | $ 1,929.77 |
| 0758545999 | 2700208472 | 12/19/2018 | 12/26/2018 | $ 8,254.57 |
| 0758020004 | 2700208431 | 12/21/2018 | 12/26/2018 | $ 1,165.98 |
| 0750690999 | 2700208342 | 12/20/2018 | 12/26/2018 | $ 87.18 |
| 0737457001 | 2700198520 | 12/21/2018 | 12/26/2018 | $ 296.48 |
| 0737497001 | 2700198541 | 12/21/2018 | 12/26/2018 | $ 296.48 |
| 0737346001 | 2700198508 | 12/21/2018 | 12/26/2018 | $ 296.48 |
| 0737104001 | 2700198485 | 12/21/2018 | 12/26/2018 | $ 296.48 |
| 0737157001 | 2700198488 | 12/21/2018 | 12/26/2018 | $ 296.48 |
| 0737042001 | 2700198474 | 12/21/2018 | 12/26/2018 | $ 296.48 |
| 0644645998 | 2700201689 | 12/18/2018 | 12/26/2018 | $ 466.42 |
| 0667103998 | 2700203227 | 12/18/2018 | 12/26/2018 | $ 219.53 |
| 0432949005 | 2700191349 | 12/21/2018 | 12/26/2018 | $ 180.89 |
| 0792603001 | 2700210361 | 12/26/2018 | 12/27/2018 | $ 836.88 |
| 8488118997 | 3501161285 | 12/21/2018 | 12/27/2018 | $ 402,165.80 |
| 9330352006 | 2700138418 | 12/26/2018 | 12/27/2018 | $ 721.05 |
| 8085981999 | 3501159342 | 12/21/2018 | 12/27/2018 | $ 214,161.98 |
| 7002092998 | 3501152192 | 12/21/2018 | 12/27/2018 | $ 41,115.89 |
| 0399912992 | 2700189917 | 12/14/2018 | 12/27/2018 | $ 44,563.82 |
| 0413934013 | 2700190722 | 12/26/2018 | 12/27/2018 | $ 2,480.16 |
| 0311756997 | 2700184778 | 12/17/2018 | 12/27/2018 | $ 1,250.52 |
| 0085616041 | 2700173485 | 12/26/2018 | 12/27/2018 | $ 4,921.47 |
| 0086002012 | 2700173975 | 12/26/2018 | 12/27/2018 | $ 87.77 |
| 0085616040 | 2700173485 | 12/26/2018 | 12/27/2018 | $ 6,717.56 |
| 0800526001 | 2700211222 | 12/27/2018 | 12/28/2018 | $ 3,139.18 |
| 8488118996 | 3501161285 | 12/26/2018 | 12/28/2018 | $ 39,657.74 |
| 0789718001 | 3501185785 | 12/27/2018 | 12/28/2018 | $ 201.49 |
| 0544468999 | 2700196487 | 12/7/2018 | 12/28/2018 | $ 2,502.34 |
| 0467228999 | 3501182268 | 12/27/2018 | 12/31/2018 | $ 3,984.35 |
| 0637903999 | 2700201720 | 10/9/2018 | 12/31/2018 | $ 549.64 |
| 0399912991 | 2700189917 | 12/21/2018 | 12/31/2018 | $ 14,764.16 |
| 0239738008 | 2700181604 | 12/31/2018 | 1/2/2019 | $ 396.50 |

Case: 19-30089    Doc# 41    Filed: 01/29/19    Entered: 01/29/19 11:08:42    Page 9 of 13

| | | | | | |
|---|---|---|---|---|---|
| 0578720997 | 2700198810 | 12/28/2018 | 1/2/2019 | $ | 32.16 |
| 0730276999 | 2700207425 | 12/26/2018 | 1/2/2019 | $ | 1,216.73 |
| 0687976999 | 3501184681 | 12/19/2018 | 1/2/2019 | $ | 4,407.54 |
| 0578857997 | 2700198811 | 12/28/2018 | 1/2/2019 | $ | 32.16 |
| 0413934014 | 2700190722 | 12/31/2018 | 1/2/2019 | $ | 793.00 |
| 0578579997 | 2700198808 | 12/28/2018 | 1/2/2019 | $ | 32.16 |
| 0578643997 | 2700198809 | 12/28/2018 | 1/2/2019 | $ | 32.16 |
| 0414856014 | 2700190673 | 12/31/2018 | 1/2/2019 | $ | 937.26 |
| 0571591001 | 3501183802 | 12/31/2018 | 1/2/2019 | $ | 3,018.91 |
| 0432838002 | 2700191348 | 12/31/2018 | 1/2/2019 | $ | 908.75 |
| 0414856013 | 2700190673 | 12/31/2018 | 1/2/2019 | $ | 228.80 |
| 0578246997 | 2700198798 | 12/28/2018 | 1/2/2019 | $ | 32.16 |
| 0578467997 | 2700198799 | 12/28/2018 | 1/2/2019 | $ | 32.16 |
| 0432961005 | 2700191713 | 12/31/2018 | 1/2/2019 | $ | 396.50 |
| 0432694002 | 2700191346 | 12/31/2018 | 1/2/2019 | $ | 908.75 |
| 0413934015 | 2700190722 | 12/31/2018 | 1/2/2019 | $ | 937.26 |
| 9265294001 | 2700135011 | 12/31/2018 | 1/2/2019 | $ | 972.77 |
| 8488118995 | 3501161285 | 12/29/2018 | 1/2/2019 | $ | 40,938.87 |
| 0087676007 | 2700209487 | 12/28/2018 | 1/2/2019 | $ | 671.76 |
| 0770125999 | 2700209565 | 12/27/2018 | 1/2/2019 | $ | 1,929.31 |
| 0809278000 | 2700143573 | 12/29/2018 | 1/2/2019 | $ | 44.18 |
| 0800526002 | 2700211222 | 12/31/2018 | 1/2/2019 | $ | 937.26 |
| 0788932001 | 3501185885 | 12/31/2018 | 1/2/2019 | $ | 604.48 |
| 0763374001 | 3501185569 | 12/31/2018 | 1/2/2019 | $ | 98.06 |
| 0087773001 | 2700205999 | 12/28/2018 | 1/2/2019 | $ | 16,921.27 |
| 0087973001 | 2700206015 | 12/28/2018 | 1/2/2019 | $ | 9,794.78 |
| 0088052001 | 2700206025 | 12/28/2018 | 1/2/2019 | $ | 22,537.13 |
| 0088193001 | 2700208528 | 12/28/2018 | 1/2/2019 | $ | 7,371.07 |
| 0088297001 | 2700206030 | 12/28/2018 | 1/2/2019 | $ | 27,668.48 |
| 0088424001 | 2700206032 | 12/28/2018 | 1/2/2019 | $ | 31,647.53 |
| 0088533001 | 2700206035 | 12/28/2018 | 1/2/2019 | $ | 27,863.00 |
| 0088669001 | 2700206036 | 12/28/2018 | 1/2/2019 | $ | 18,996.31 |
| 0088787001 | 2700208540 | 12/28/2018 | 1/2/2019 | $ | 12,488.46 |
| 0087676003 | 2700209487 | 12/28/2018 | 1/2/2019 | $ | 776.00 |
| 9847828020 | 2700160742 | 12/31/2018 | 1/2/2019 | $ | 23.12 |
| 9848043015 | 2700161353 | 12/31/2018 | 1/2/2019 | $ | 793.00 |
| 9850477010 | 2700162284 | 12/31/2018 | 1/2/2019 | $ | 396.50 |
| 0087676004 | 2700209487 | 12/28/2018 | 1/2/2019 | $ | 213.99 |
| 0087676001 | 2700209487 | 12/28/2018 | 1/2/2019 | $ | 7,597.33 |
| 0087676002 | 2700209487 | 12/28/2018 | 1/2/2019 | $ | 360.39 |
| 0086693001 | 2700205772 | 12/28/2018 | 1/2/2019 | $ | 14,896.45 |
| 0086788001 | 2700202774 | 12/28/2018 | 1/2/2019 | $ | 7,448.24 |
| 0085616045 | 2700173485 | 12/31/2018 | 1/2/2019 | $ | 1,530.03 |
| 0085616046 | 2700173485 | 12/31/2018 | 1/2/2019 | $ | 1,881.17 |
| 0085616043 | 2700173485 | 12/31/2018 | 1/2/2019 | $ | 5,464.20 |
| 0087425001 | 2700205843 | 12/31/2018 | 1/2/2019 | $ | 9,004.15 |
| 0087559001 | 2700205918 | 12/28/2018 | 1/2/2019 | $ | 6,964.14 |
| 0085616044 | 2700173485 | 12/31/2018 | 1/2/2019 | $ | 9,273.79 |
| 0085616042 | 2700173485 | 12/31/2018 | 1/2/2019 | $ | 3,634.99 |
| 0065723010 | 2700172859 | 12/31/2018 | 1/2/2019 | $ | 5,145.51 |
| 0087294001 | 2700205800 | 12/28/2018 | 1/2/2019 | $ | 11,761.03 |
| 0087294015 | 2700205800 | 12/28/2018 | 1/2/2019 | $ | 8,048.32 |
| 0065723011 | 2700172859 | 12/31/2018 | 1/2/2019 | $ | 293.93 |
| 0015264004 | 2700169838 | 12/31/2018 | 1/2/2019 | $ | 1,208.38 |

| | | | | | |
|---|---|---|---|---|---|
| 0087676005 | 2700209487 | 12/28/2018 | 1/2/2019 | $ | 4,960.32 |
| 0087676006 | 2700209487 | 12/28/2018 | 1/2/2019 | $ | 54.62 |
| 0085616047 | 2700173485 | 1/2/2019 | 1/3/2019 | $ | 4,778.91 |
| 9847828021 | 2700160742 | 1/2/2019 | 1/3/2019 | $ | 204.17 |
| 9847828022 | 2700160742 | 1/2/2019 | 1/3/2019 | $ | 402.14 |
| 0058861011 | 2700172402 | 1/2/2019 | 1/3/2019 | $ | 307.19 |
| 0583490004 | 2700198805 | 1/2/2019 | 1/3/2019 | $ | 17.54 |
| 0432412003 | 2700191277 | 1/2/2019 | 1/3/2019 | $ | 408.34 |
| 8745495002 | 2700110370 | 1/2/2019 | 1/3/2019 | $ | 904.82 |
| 0239639004 | 2700181605 | 1/2/2019 | 1/3/2019 | $ | 253.59 |
| 0360433007 | 2700187862 | 1/2/2019 | 1/3/2019 | $ | 87.77 |
| 0253734006 | 2700172844 | 1/2/2019 | 1/3/2019 | $ | 43.88 |
| 0414507009 | 2700190639 | 1/2/2019 | 1/3/2019 | $ | 12.46 |
| 0237595005 | 2700180559 | 1/2/2019 | 1/3/2019 | $ | 12.46 |
| 0413934016 | 2700190722 | 1/2/2019 | 1/3/2019 | $ | 260.89 |
| 0736515999 | 2700207808 | 12/28/2018 | 1/4/2019 | $ | 653.71 |
| 0787802999 | 2700210440 | 1/3/2019 | 1/4/2019 | $ | 216.96 |
| 0770125001 | 2700209565 | 1/3/2019 | 1/4/2019 | $ | 4,598.14 |
| 0746029001 | 2700207570 | 1/3/2019 | 1/4/2019 | $ | 3,674.90 |
| 0738197001 | 3501183967 | 1/4/2019 | 1/7/2019 | $ | 2,983.71 |
| 0841883001 | 2700213539 | 1/4/2019 | 1/7/2019 | $ | 88.69 |
| 0841944001 | 2700213541 | 1/4/2019 | 1/7/2019 | $ | 29.56 |
| 0758545998 | 2700208472 | 1/2/2019 | 1/7/2019 | $ | 3,136.48 |
| 0758607999 | 2700208588 | 1/2/2019 | 1/7/2019 | $ | 857.21 |
| 0583021999 | 2700198580 | 1/2/2019 | 1/7/2019 | $ | 1,340.70 |
| 0499581001 | 3501182311 | 1/4/2019 | 1/7/2019 | $ | 46,760.20 |
| 0414856015 | 2700190673 | 1/7/2019 | 1/8/2019 | $ | 283.87 |
| 0711215001 | 2700205979 | 1/7/2019 | 1/8/2019 | $ | 5,110.48 |
| 0577638001 | 2700198698 | 1/7/2019 | 1/8/2019 | $ | 5,729.18 |
| 9265294002 | 2700135011 | 1/7/2019 | 1/8/2019 | $ | 2,021.57 |
| 8993612005 | 2700121522 | 1/7/2019 | 1/8/2019 | $ | 938.62 |
| 0432961006 | 2700191713 | 1/7/2019 | 1/8/2019 | $ | 283.87 |
| 0849825000 | 2700207808 | 1/5/2019 | 1/8/2019 | $ | 168.95 |
| 0774820001 | 2700208957 | 1/7/2019 | 1/8/2019 | $ | 1,670.12 |
| 0837505001 | 2700213278 | 1/3/2019 | 1/8/2019 | $ | 220.63 |
| 0837505002 | 2700213278 | 1/7/2019 | 1/8/2019 | $ | 67.42 |
| 0818232999 | 2700212399 | 1/4/2019 | 1/8/2019 | $ | 3,050.01 |
| 0800526003 | 2700211222 | 1/7/2019 | 1/8/2019 | $ | 168.76 |
| 0792603002 | 2700210361 | 1/7/2019 | 1/8/2019 | $ | 2,263.31 |
| 0413934017 | 2700190722 | 1/7/2019 | 1/8/2019 | $ | 851.61 |
| 0239887010 | 2700181643 | 1/7/2019 | 1/8/2019 | $ | 851.61 |
| 0057840005 | 2700172310 | 1/7/2019 | 1/8/2019 | $ | 283.87 |
| 0085879007 | 2700173860 | 1/7/2019 | 1/8/2019 | $ | 283.87 |
| 0085616048 | 2700173485 | 1/7/2019 | 1/8/2019 | $ | 2,021.57 |
| 0065723012 | 2700172859 | 1/7/2019 | 1/8/2019 | $ | 567.74 |
| 9715120999 | 2700155883 | 1/4/2019 | 1/9/2019 | $ | 491.63 |
| 9738144002 | 2700156764 | 1/8/2019 | 1/9/2019 | $ | 1,010.78 |
| 0837505999 | 2700213278 | 1/4/2019 | 1/9/2019 | $ | 580.32 |
| 0847859001 | 2700213722 | 1/8/2019 | 1/9/2019 | $ | 8.64 |
| 0847859002 | 2700213722 | 1/7/2019 | 1/9/2019 | $ | 7.76 |
| 0480097998 | 2700193396 | 1/4/2019 | 1/9/2019 | $ | 1,013.70 |
| 0582500999 | 2700198679 | 1/4/2019 | 1/9/2019 | $ | 1,013.70 |
| 0556691999 | 2700197526 | 12/14/2018 | 1/9/2019 | $ | 3,525.47 |
| 0494967999 | 2700194330 | 12/31/2018 | 1/10/2019 | $ | 359.41 |

| | | | | | |
|---|---|---|---|---|---|
| 0876267001 | 2700215309 | 1/9/2019 | 1/10/2019 | $ | 1,398.04 |
| 9683553999 | 2700154692 | 8/30/2018 | 1/10/2019 | $ | 498.54 |
| 9683727999 | 2700154758 | 8/30/2018 | 1/10/2019 | $ | 498.54 |
| 9683687999 | 2700154699 | 8/30/2018 | 1/10/2019 | $ | 498.54 |
| 9683710999 | 2700154709 | 8/30/2018 | 1/10/2019 | $ | 498.54 |
| 0889928001 | 2700216025 | 1/9/2019 | 1/10/2019 | $ | 937.26 |
| 0884316001 | 2700215689 | 1/9/2019 | 1/10/2019 | $ | 526.44 |
| 0889565001 | 2700215909 | 1/9/2019 | 1/10/2019 | $ | 1,874.52 |
| 0889774001 | 2700216004 | 1/9/2019 | 1/10/2019 | $ | 93.48 |
| 0884111001 | 2700215582 | 1/9/2019 | 1/10/2019 | $ | 1,892.21 |
| 0798825001 | 2700210615 | 1/9/2019 | 1/10/2019 | $ | 959.49 |
| 9683734999 | 2700154764 | 8/30/2018 | 1/10/2019 | $ | 498.54 |
| 9683757999 | 2700154770 | 8/30/2018 | 1/10/2019 | $ | 498.54 |
| 9683767999 | 2700154776 | 8/30/2018 | 1/10/2019 | $ | 498.54 |
| 9683780999 | 2700154782 | 8/30/2018 | 1/10/2019 | $ | 498.54 |
| 9683800999 | 2700154792 | 8/30/2018 | 1/10/2019 | $ | 498.54 |
| 0790526001 | 3501185879 | 1/9/2019 | 1/10/2019 | $ | 3,151.03 |
| 0763354999 | 2700209328 | 12/26/2018 | 1/10/2019 | $ | 424.01 |
| 9847828023 | 2700160742 | 1/10/2019 | 1/11/2019 | $ | 35.16 |
| 9910196001 | 2700163324 | 1/9/2019 | 1/11/2019 | $ | 123,758.60 |
| 0842413999 | 2700213588 | 1/8/2019 | 1/11/2019 | $ | 846.16 |
| 0847859003 | 2700213722 | 1/10/2019 | 1/11/2019 | $ | 47.83 |
| 0414507011 | 2700190639 | 1/10/2019 | 1/11/2019 | $ | 5.10 |
| 0582957999 | 2700198582 | 1/8/2019 | 1/11/2019 | $ | 1,340.70 |
| 0085879008 | 2700173860 | 1/10/2019 | 1/11/2019 | $ | 174.46 |
| 0414507010 | 2700190639 | 1/10/2019 | 1/11/2019 | $ | 26.50 |
| 0413934018 | 2700190722 | 1/11/2019 | 1/14/2019 | $ | 442.96 |
| 8488118994 | 3501161285 | 1/11/2019 | 1/14/2019 | $ | 20,469.44 |
| 7710530001 | 2700060021 | 1/11/2019 | 1/14/2019 | $ | 566.30 |
| 0432961007 | 2700191713 | 1/11/2019 | 1/14/2019 | $ | 221.48 |
| 0876211999 | 2700215210 | 1/9/2019 | 1/14/2019 | $ | 419.82 |
| 0903432001 | 3501186926 | 1/11/2019 | 1/14/2019 | $ | 34.89 |
| 0914843000 | 2700216583 | 1/11/2019 | 1/14/2019 | $ | 2,202.82 |
| 0903415001 | 3501186921 | 1/11/2019 | 1/14/2019 | $ | 23.26 |
| 0885288999 | 3501186757 | 1/10/2019 | 1/14/2019 | $ | 120.65 |
| 0884229999 | 2700215598 | 1/9/2019 | 1/14/2019 | $ | 246.43 |
| 0414856016 | 2700190673 | 1/11/2019 | 1/14/2019 | $ | 221.48 |
| 0886265001 | 2700215838 | 1/14/2019 | 1/15/2019 | $ | 2,010.48 |
| 0763374002 | 3501185569 | 1/14/2019 | 1/15/2019 | $ | 1,250.30 |
| 0311756996 | 2700184778 | 1/11/2019 | 1/15/2019 | $ | 8,826.60 |
| 0085616049 | 2700173485 | 1/14/2019 | 1/15/2019 | $ | 7,911.45 |
| 0689730999 | 2700205193 | 1/11/2019 | 1/16/2019 | $ | 252.64 |
| 0937445001 | 2700216208 | 1/15/2019 | 1/16/2019 | $ | 2,357.31 |
| 0937658001 | 2700216284 | 1/15/2019 | 1/16/2019 | $ | 597.54 |
| 0936831001 | 2700216192 | 1/15/2019 | 1/16/2019 | $ | 471.54 |
| 0941915001 | 2700217844 | 1/15/2019 | 1/16/2019 | $ | 13,707.03 |
| 0937107001 | 2700216206 | 1/15/2019 | 1/16/2019 | $ | 1,464.71 |
| 0936191001 | 2700195339 | 1/15/2019 | 1/16/2019 | $ | 3,256.67 |
| 0938454001 | 2700217054 | 1/15/2019 | 1/16/2019 | $ | 556.39 |
| 0937282001 | 2700216209 | 1/15/2019 | 1/16/2019 | $ | 525.43 |
| 0936640001 | 2700216191 | 1/15/2019 | 1/16/2019 | $ | 745.74 |
| 0950641001 | 2700194042 | 1/16/2019 | 1/17/2019 | $ | 2,996.66 |
| 0952455001 | 2700218811 | 1/16/2019 | 1/17/2019 | $ | 50.69 |
| 0938414001 | 2700217054 | 1/16/2019 | 1/17/2019 | $ | 22.02 |

| | | | | | |
|---|---|---|---|---|---:|
| 0937613001 | 2700216247 | 1/16/2019 | 1/17/2019 | $ | 5,057.60 |
| 0937107002 | 2700216206 | 1/16/2019 | 1/17/2019 | $ | 361.45 |
| 0941915002 | 2700217844 | 1/16/2019 | 1/17/2019 | $ | 722.89 |
| 0942126001 | 2700217854 | 1/16/2019 | 1/17/2019 | $ | 128.70 |
| 0938454999 | 2700217054 | 1/15/2019 | 1/17/2019 | $ | 2,120.68 |
| 0670829005 | 2700203931 | 1/16/2019 | 1/17/2019 | $ | 224.25 |
| 9737385012 | 2700156725 | 1/16/2019 | 1/17/2019 | $ | 336.38 |
| 9847828024 | 2700160742 | 1/16/2019 | 1/17/2019 | $ | 336.38 |
| 9847828025 | 2700160742 | 1/16/2019 | 1/17/2019 | $ | 90.74 |
| 9751346006 | 2700157519 | 1/16/2019 | 1/17/2019 | $ | 336.38 |
| 9755006006 | 2700157782 | 1/16/2019 | 1/17/2019 | $ | 224.25 |
| 0668707997 | 2700203229 | 1/15/2019 | 1/17/2019 | $ | 7,800.32 |
| 0770125003 | 2700209565 | 1/16/2019 | 1/17/2019 | $ | 19.00 |
| 0635811999 | 2700202178 | 1/10/2019 | 1/17/2019 | $ | 565.67 |
| 0419195009 | 2700191053 | 1/16/2019 | 1/17/2019 | $ | 224.25 |
| 9501428008 | 2700146457 | 1/16/2019 | 1/17/2019 | $ | 224.25 |
| 9321499005 | 2700137797 | 1/16/2019 | 1/17/2019 | $ | 448.50 |
| 9139717011 | 2700127563 | 1/16/2019 | 1/17/2019 | $ | 224.25 |
| 8939170999 | 2700119569 | 1/15/2019 | 1/17/2019 | $ | 18,804.94 |
| 0480313999 | 2700193474 | 1/8/2019 | 1/17/2019 | $ | 29,675.25 |
| 0432412004 | 2700191277 | 1/16/2019 | 1/17/2019 | $ | 90.74 |
| 0517127004 | 2700195456 | 1/16/2019 | 1/17/2019 | $ | 221.48 |
| 0419108011 | 2700191020 | 1/16/2019 | 1/17/2019 | $ | 448.50 |
| 0085616051 | 2700173485 | 1/16/2019 | 1/17/2019 | $ | 1,970.26 |
| 0360433008 | 2700187862 | 1/16/2019 | 1/17/2019 | $ | 224.25 |
| 0253734007 | 2700172844 | 1/16/2019 | 1/17/2019 | $ | 112.13 |
| 0086002013 | 2700173975 | 1/16/2019 | 1/17/2019 | $ | 224.25 |
| 0086002014 | 2700173975 | 1/16/2019 | 1/17/2019 | $ | 45.37 |
| 0085616052 | 2700173485 | 1/16/2019 | 1/17/2019 | $ | 3,186.92 |
| 0058861012 | 2700172402 | 1/16/2019 | 1/17/2019 | $ | 784.88 |
| 0058861013 | 2700172402 | 1/16/2019 | 1/17/2019 | $ | 45.37 |
| 0015770005 | 2700169856 | 1/16/2019 | 1/17/2019 | $ | 112.13 |
| 0085616050 | 2700173485 | 1/16/2019 | 1/17/2019 | $ | 2,242.51 |
| 0115556999 | 2700175339 | 1/17/2019 | 1/18/2019 | $ | 7,876.80 |
| 8488118993 | 3501161285 | 1/17/2019 | 1/18/2019 | $ | 23,094.47 |
| 9368977994 | 2700140112 | 8/23/2018 | 1/18/2019 | $ | 140.34 |
| 0797863999 | 3501184666 | 1/15/2019 | 1/18/2019 | $ | 386.70 |
| 0837505998 | 2700213278 | 1/15/2019 | 1/18/2019 | $ | 1,003.24 |
| 0085616055 | 2700173485 | 1/21/2019 | 1/22/2019 | $ | 1,599.40 |
| 0311756995 | 2700184778 | 1/18/2019 | 1/23/2019 | $ | 1,119.78 |
| 0780217999 | 2700210132 | 1/11/2019 | 1/24/2019 | $ | 1,524.56 |
| 0763411999 | 3501185570 | 1/22/2019 | 1/25/2019 | $ | 255.70 |
| 0970316999 | CP-CHRIS NEWTO | 1/22/2019 | 1/25/2019 | $ | 1,695.40 |
| 0970353999 | CP-CHRIS NEWTO | 1/22/2019 | 1/25/2019 | $ | 1,695.40 |
| 0970234999 | 2700219828 | 1/22/2019 | 1/25/2019 | $ | 890.40 |
| 0970241999 | CP-CHRIS NEWTO | 1/22/2019 | 1/25/2019 | $ | 1,883.78 |
| 0943982999 | 2700218753 | 1/25/2019 | 1/28/2019 | $ | 77.65 |
| 0970999003 | 2700219537 | 1/28/2019 | 1/28/2019 | $ | 191.51 |
| 0938554999 | 2700217064 | 1/21/2019 | 1/28/2019 | $ | 1,253.50 |
| 0943402999 | 2700218684 | 1/23/2019 | 1/29/2019 | $ | 842.49 |
| 0516655999 | 2700195264 | 11/27/2018 | 1/29/2019 | $ | 442.50 |
| 0736851999 | 2700207852 | 1/25/2019 | 1/29/2019 | $ | 1,388.80 |
| 0236823999 | 2700181529 | 10/23/2018 | 1/29/2019 | $ | 3,580.92 |
| | | | | $ | **1,959,969.71** |