| | |
|---|---|
| 1 | James D. Curran, Esq. (SBN 126586) |
| | WOLKIN · CURRAN, LLP |
| 2 | 111 Maiden Lane, 6th Floor |
| | San Francisco, California 94108 |
| 3 | Telephone: (415) 982-9390 |
| | Facsimile: (415) 982-4328 |
| 4 | Email: jcurran@wolkincurran.com |

Jan D. Sokol, Esq. (*pro hac vice pending*)
Kevin M. Coles, Esq. (*pro hac vice pending*)
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
Email: jdsokol@lawssl.com
kcoles@lawssl.com

Attorneys for Creditor,
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION, <br><br> Debtor. <br><br> Tax I.D. No. 94-3234914 <br><br> In re: <br><br> PACIFIC GAS & ELECTRIC COMPANY, <br><br> Debtor. <br><br> Tax I.D. No. 94-0742640 | Case No.: 19-30088 (DM) <br> Case No.: 19-30089 (DM) <br><br> Chapter 11 <br><br> **REQUEST FOR SPECIAL NOTICE BY LIBERTY MUTUAL INSURANCE COMPANY AND RELATED ENTITIES** |

**TO THE CLERK OF THE COURT, DEBTORS, UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

1.

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that creditor LIBERTY MUTUAL INSURANCE |
| 2 | COMPANY, and its related entities, including SAFECO INSURANCE COMPANY OF |
| 3 | AMERICA (collectively, "Liberty"), by and through their counsel of record, hereby files |
| 4 | this *Request for Special Notice* pursuant to Bankruptcy Rules 2002 and 9010(b).  Liberty |
| 5 | hereby requests that special notice of all matters which may come before the Court, noticed |
| 6 | by all creditors, the creditors' committee, or other parties in interest, whether originating |
| 7 | from the Court, the debtor, any creditors, or any parties in interest. |
| 8 | Notice of such matters should be addressed to Liberty's counsel of record as follows: |

> James D. Curran, Esq.  (SBN 126586)
> WOLKIN · CURRAN, LLP
> 111 Maiden Lane, 6th Floor
> San Francisco, California  94108
> Telephone:       (415) 982-9390
> Facsimile:        (415) 982-4328
> Email:    jcurran@wolkincurran.com
>
> Jan D. Sokol, Esq.  (*pro hac vice pending*)
> Kevin M. Coles, Esq. (*pro hac vice pending*)
> STEWART SOKOL & LARKIN LLC
> 2300 SW First Avenue, Suite 200
> Portland, Oregon  97201
> Telephone:       (503) 221-0699
> Facsimile:        (503) 223-5706
> E-mail:    jdsokol@lawssl.com
>               kcoles@lawssl.com

| | |
|---|---|
| 18 | The foregoing request includes the type of notice referred to in Bankruptcy Rules |
| 19 | 2002(a)-(i) and 3017(a) and also includes, without limitation, all schedules, notices of any |
| 20 | order, applications complaints, demands, hearings, motions, petitions, pleadings, or requests, |
| 21 | and any other documents brought before the Court in this case, whether written or oral, and |
| 22 | whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex, or |
| 23 | otherwise. |

Dated:  February 1, 2019                    WOLKIN · CURRAN, LLP

                                        By:    /s/ *James D. Curran*
                                               James D. Curran
                                               Attorneys for Creditor,
                                               LIBERTY MUTUAL INSURANCE
                                               COMPANY

2.

REQUEST FOR SPECIAL NOTICE BY LIBERTY MUTUAL                    CASE NO.:  19-30088 (DM)
INSURANCE COMPANY AND RELATED ENTITIES                          CASE NO.:  19-30089 (DM)

Case: 19-30089    Doc# 137    Filed: 02/01/19    Entered: 02/01/19 12:42:56    Page 2 of 2