| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Stephen Karotkin (*pro hac vice*) (stephen.karotkin@weil.com) |
| 3 | Ray C. Schrock, P.C. (*pro hac vice*) (ray.schrock@weil.com) |
| 4 | Jessica Liou (*pro hac vice*) (jessica.liou@weil.com) |
| 5 | Matthew Goren (*pro hac vice*) (matthew.goren@weil.com) |
| 6 | 767 Fifth Avenue New York, NY 10153-0119 |
| 7 | Tel: 212 310 8000 Fax: 212 310 8007 |
| 8 | KELLER & BENVENUTTI LLP |
| 9 | Tobias S. Keller (#151445) (tkeller@kellerbenvenutti.com) |
| 10 | Jane Kim (#298192) (jkim@kellerbenvenutti.com) |
| 11 | 650 California Street, Suite 1900 San Francisco, CA 94108 |
| 12 | Tel: 415 496 6723 Fax: 650 636 9251 |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON SUBROGATION SETTLEMENT AND RSA MOTION**<br><br>**[Re: Dkt. No. 3992]**<br><br>Date: December 4, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br><br>Objection Deadline:<br>      October 16, 2019 at 4:00 p.m. (PT) |

**PLEASE TAKE NOTICE** that, on September 24, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed the *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief* [Dkt. No. 3992] (the "**Subrogation Settlement and RSA Motion**"). Concurrently with the Subrogation Settlement and RSA Motion, the Debtors filed a notice of hearing [Dkt. No. 3994], which stated that: (1) any oppositions or responses to the Subrogation Settlement and RSA Motion must be in writing, filed with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"), and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on October 16, 2019 (the "**Objection Deadline**"); (2) all oppositions and responses must be filed and served pursuant to the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt. No. 1996] ("**Case Management Order**"); and (3) any oppositions or responses must be served on all "Standard Parties" as defined in paragraph 5 of the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Subrogation Settlement and RSA Motion was held on October 23, 2019; that at the conclusion of that hearing, the Bankruptcy Court continued the hearing on the Subrogation Settlement and RSA Motion to November 13, 2019; and that the hearing on the Subrogation Settlement and RSA Motion was further continued to November 19, 2019 by the *Notice of Continued Hearing on Subrogation Settlement and RSA Motion* filed by the Debtors on November 12, 2019 [Dkt. No. 4680].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Subrogation Settlement and RSA Motion will be further **continued** from its hearing date of November 19, 2019, to **December 4, 2019, at 10:00 a.m. (Pacific Time)** in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. **The Objection Deadline with respect to the Subrogation Settlement and RSA Motion has passed.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Subrogation Settlement and RSA Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

////

////

////

////

Dated: November 15, 2019

**WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP**

/s/ *Jane Kim*
Jane Kim

*Attorneys for Debtors and Debtors in Possession*